UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL RISBROOK,
individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

BLUE HORSESHOE NETWORK,
LLC, d/b/a BLUE HORSESHOE
NETWORK, INC. and ATOS DIGITAL
HEALTH SOLUTIONS INC. f/k/a
BREAKAWAY GROUP, LLC,

        Defendants.
_____/

Case No. 19-cv-11262

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Approval of FLSA Settlement and for Attorneys' Fees and Costs (ECF No. 58.) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 4, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge